# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: AIG Workers Compensation Insurance Policyholder Litigation | ) ) ) ) | Case No: **14 C 2531**<br><br>Judge: ROBERT W. GETTLEMAN |

### ORDER

Defendants' motions to dismiss are granted.

Date: April 27, 2015

ROBERT W. GETTLEMAN